DANIEL PEARLSTEIN, Appellant, *v.* LAWRENCE W. BAFF et al., Respondents.

Argued January 15, 1947; decided February 28, 1947.

882

*Ralph Stout* and *Stephen Callaghan* for appellant.

*Jay Leo Rothschild* and *Arthur J. Brothers* for Jacques Garvin and another, respondents.

*Harry Greenberg* for Lawrence W. Baff and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.